■ SEAN MONTEIRO, Appellant, v ESTATE OF ORAH M. CARPENTER, Deceased, et al., Respondents. [604 NYS2d 742] —Appeal by the plaintiff from stated portions of an order of the Supreme Court, Suffolk County (Luciano, J.), dated March 7, 1991.

Ordered that the order is affirmed insofar as appealed from, with costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Luciano at the Supreme Court. Thompson, J. P., Miller, Santucci and Joy, JJ., concur.